UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X

SHARON THOMAS a/k/a SHARON JONES on
behalf of herself and all similarly situated
consumers,

                                      Plaintiff,

                  -against-

ALLIANCEONE RECEIVABLES MANAGEMENT,
INC.,

                              Defendant.

----------------------------------------------------------------- X

**NOTICE OF MOTION**

10 Civ. 5853 (ERK)(ALC)

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant's Motion to Dismiss dated April 11, 2011, and upon all the prior pleadings and proceedings had herein, defendant will move this Court, before the Honorable Edward R. Korman, United States District Judge, at the United States District Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time set by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety, and granting defendant such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant Local Civil Rule 6.1(b), answering papers, if any, must be served within fourteen (14) days after service of defendant's moving papers, and reply papers, if any, are to be served upon the plaintiff

4815-5795-1497.1

within seven (7) days after service of the answering papers.

Dated:      New York, New York
            April 11, 2011

                                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                            By:
                                           /s/
                            _____
                                Ivan D. Smith, Esq.
                                Attorneys for Defendant
                                77 Water Street, 21st Floor
                                New York, New York 10005
                                (212) 232-1300
                                ismith@lbbslaw.com


TO:     Adam J. Fishbein, P.C.
        Attorneys for Plaintiff
        483 Chestnut Street
        Cedarhurst, New York 11516
        Attn: Adam J. Fishbein, Esq.
        (By ECF & Regular Mail)

4815-5795-1497.1